■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON PEREZ, Appellant. [869 NYS2d 844]

No opinion. Order filed. Concur—Andrias, J.P., Saxe, Sweeny, Catterson and Moskowitz, JJ.